UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERRIE MCKEEHAN,                                   Case No. 02-74273

      Plaintiff,                                   DISTRICT JUDGE
                                                   ARTHUR J. TARNOW
v.

MACOMB INTERMEDIATE SCHOOL
DISTRICT,

      Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DE 14] AND DENYING PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT [DE 16]

Before the Court is Defendant's motion for summary judgment, and Plaintiff's cross motion for summary judgment, on which the Court heard oral arguments October 3, 2006. For the reasons stated on the record at the motion hearing,

IT IS HEREBY ORDERED that Defendant's motion for summary judgment [DE 14] is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's cross motion for summary judgment [DE 16] is DENIED.

SO ORDERED.


                              s/Arthur J. Tarnow
                              Arthur J. Tarnow
                              United States District Judge

Dated:  October 4, 2006

02-74273

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 4, 2006, by electronic and/or ordinary mail.

                        s/Theresa E. Taylor
                        Case Manager